DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

Sexy Hair Concepts, LLC, : 12-CV-3937(ARR)(MDG)

               Plaintiff,
-against- : NOT FOR
      : PRINT OR ELECTRONIC
Sexy Hair Inc. d/b/a Sexy Hair Beauty Salon, and Karina : PUBLICATION
Alejo,
: ORDER
               Defendants.

------------------------------------------------------------------ X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 11, 2013, from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff is awarded judgment against defendants. Defendant Sexy Hair, Inc. d/b/a Sexy Hair Beauty Salon, its officers, agents, servants, employees and any persons, firms or corporations acting in concert with it, or on its behalf, and defendant Karina Alejo shall be permanently enjoined from: (a) use of the Sexy Hair Beauty Salon mark and name, and any mark or name which contains or comprises "Sexy Hair" in connection with salon services and any

1

related goods and services and business; (b) use of the Sexy Hair Beauty Salon mark and name in connection with a Facebook page promoting salon services and any related goods and services and business; and (c) engaging in any other conduct that causes, or is likely to cause, confusion, mistake or misunderstanding as to the affiliation, connection, association, origin, sponsorship or approval of their services with the plaintiff, plaintiff's goods or services or business, or its Sexy Hair mark and name. Furthermore, defendants shall cancel the corporate registration of Sexy Hair, Inc. with the New York Department of State Division of Corporations. A copy of this order shall be sent by first class mail to defendants.

SO ORDERED.

s/ ARR

Allyne R. Ross
United States District Judge

Dated: September 30, 2013
Brooklyn, New York